**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ALBERT LAMAR WALKER,

    Petitioner,

vs.                                                Case No. 4:13cv463-RH/CAS

RYAN M. SWEDLAW,
Assistant State Attorney,
Escambia County, Florida,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

Petitioner Albert Lamar Walker, proceeding pro se, initiated this case on August 19, 2013, by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, doc. 1, and a motion for leave to proceed in forma pauperis, doc. 2. An Order was entered on August 23, 2013, deferring ruling on the in forma pauperis motion because it was not on the proper form, was incomplete (did not include the Prisoner Consent Form and Financial Certificate), and information provided with Petitioner's motion revealed he should be able to pay the $5.00 filing fee. Doc. 4. Petitioner was given until **September 23, 2013**, in which to either pay the filing fee or file a completed in forma pauperis motion. *Id.* Moreover, because the § 2241 petition was not

submitted on the proper form, Petitioner was required to file an amended § 2241 petition by that same deadline. Petitioner has not responded to that Order, doc. 4, and nothing has been received from Petitioner since submission of the petition and in forma pauperis motion in mid-August.

A district court may dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 837 and cases cited (11th Cir. 1989). Petitioner was advised that failure to comply with the Order may result in a recommendation of dismissal of this case. Doc. 4. Because Petitioner has not responded, this case should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without** for failure to comply with a Court Order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 2, 2013.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**